# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:08CR64** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **MAHER J. ALI,** | ) | |
| | ) | **ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon Magistrate Judge Limbert's Report and Recommendation that the Court ACCEPT Defendant Maher J. Ali's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Dkt. # 25).

On February 6, 2008, the government filed an information against Defendant. (Dkt. #11). On February 8, 2008, this Court issued an order assigning this case to Magistrate Judge George J. Limbert for the purpose of arraignment and receiving Defendant's guilty plea. (Dkt. # 2). Defendant waived indictment. (Dkt. # 17).

On February 27, 2008, a hearing was held in which Defendant entered a plea of guilty to Counts 1 and 2 of the information, conspiracy and conspiracy to commit money laundering, in violation of 18 U.S.C. §§ 371 and 1956(h). Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty.

(Dkt. # 25).

Neither party objected to the Magistrate Judge's R&R in the ten days after it was issued.

On *de novo* review of the record, the Magistrate Judge's R&R is adopted. The Defendant was found to be competent to enter a plea. The Defendant understood his constitutional rights. He is aware of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds that the plea was entered knowingly, intelligently, and voluntarily. The Defendant's plea of guilty is approved.

Therefore, the Defendant is adjudged guilty of Counts 1 and 2 in violation of 18 U.S.C. §§ 371 and 1956(h). The sentencing will be held on May 29, 2008, at 9:00 a.m.

**IT IS SO ORDERED**.

> **/s/ Peter C. Economus - March 14, 2008**
> **PETER C. ECONOMUS**
> **UNITED STATES DISTRICT JUDGE**